UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SCHWAB SHORT-TERM BOND MARKET FUND<br><br>      Plaintiff(s),<br><br> v.<br><br>BANK OF AMERICA<br><br>      Defendant(s).<br>_____/ | No. C 11-04271 DMR<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM** |

  Pending before the Court are Plaintiffs' motions to relate the above-captioned case to two earlier-filed cases. Upon review of the record in this action, the Court notes that Plaintiffs have not filed a written consent to magistrate judge jurisdiction jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

  You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court whether they consent to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The consent/declination form shall be filed by September 13, 2011.

  **IT IS SO ORDERED.**

Dated: September 6, 2011

                    _____
                    Maria-Elena James
                    Chief United States Magistrate Judge